# Exhibit A

KARAN A. CORLEY
CLERK OF COURT ⚜ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301
Phone (318) 473-8153 Fax (318) 473-4667 Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION (LONG ARM) NO. 284,683 C

MICHAEL K PAUL
VERSUS
SHELLPOINT MORTGAGE

NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES
STATE OF LOUISIANA

TO: SHELLPOINT MORTGAGE
LONG ARM STATUTE 75 BEATTIE PLACE, STE 300
GREENVILLE SC 29601-0000

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN THIRTY (30) DAYS AFTER FILING IN THE RECORD OF THIS PROCEEDING OF THE AFFIDAVIT OF THE INDIVIDUAL WHO EITHER MAILED OR ACTUALLY DELIVERED THE PROCESS. YOUR MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL. IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 30TH DAY. YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA, THIS 5TH DAY OF NOVEMBER, 2025.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION.

KARAN A. CORLEY
Clerk of Court

BY ______________________
Deputy Clerk of Court

PROPER PERSON

LA 71309-0000
Filing Attorney

SHERIFF STAMP BELOW

STATE OF LOUISIANA, PARISH OF RAPIDES
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN THIS OFFICE.
IN FAITH, WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE, AT ALEXANDRIA, LOUISIANA, THIS 5 DAY OF November A.D. 2025
KARAN A. CORLEY
BY ______________________
DY. CLERK OF COURT

0278783 023

**Mortgage court orders**

Tue, Nov 4 at 11:45 AM

Michael K Paul
10 CM Paul Rd
Deville, LA 71328

284,683 C

Aginst

Shellpoint Mortgage
75 Beattie Place, Suite 300
Greenville, SC 29601

I was forced by Shellpoint to pay nearly double from 6 thousand to 10 thousand to reinstate my mortgage due to delays by shellpoint. See attached as proof. Dates and unreasonable up charg dollar amounts are attached.

Consumer protection laws broken.

Unreasonable up charges in billing

Deceptive practices
Since June 2024 through November 2024 I called at least three times for assistance. I was told a representative would call back within a week no one called. I was also told by on representative ona call I qualified for deferrals I ha to wait a week no returned call. The next representative said I did not.
All calls are recorded by shell point.

They returnd a letter attached to money orders stating checks were not accepted written in that form. I noted the original mortgage holder on top of the money order. Next line indicated Pay to Shell Point. Wells Fargo has accepted this way for years. See attached photo.

Calls I was put on hold up to five times on one call.
Reinstatement amount went to 2 thousand to 10 thousand for reinstatement on on one call.
Their their computer generated such amount. I was delayed to get the correct amount.

I am suing for pay off of my mortgage of aproxmently 70 thousand dollars and amount of to recover land that had to be sold to pay reinstatements to Shellpoint 20 thousand dollars.

FILED & RECORDED
KARAN A. CORLEY
CLERK OF COURT
2025 NOV -4 PM 1:58
BY [signature]
DY. CLERK & RECORDER
RAPIDES PARISH LA.

Michael K Paul
10 CM Paul Rd
Deville, LA 71328

Please Serve

Shell Point Mtg.
75 Beattie Place
suite 300
Greenville, SC
29601

STATE OF LOUISIANA, PARISH OF RAPIDES
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN THIS OFFICE.
IN FAITH, WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT ALEXANDRIA, LOUISIANA, THIS 5 DAY OF November A.D. 2025
KARAN A. CORLEY
BY [signature]
DY. CLERK OF COURT

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**shellpoint**®



S-SFRECS20 L-2214 R-136
PLD58O00214709 - 814308979 I57608
MICHAEL KEITH PAUL
10 CM PAUL ROAD
DEVILLE LA 71328-9590

**CONTACT INFORMATION**
**Correspondence:** P.O. Box 10826
Greenville, SC 29603-0826
**Business Hours:** **Monday - Friday:** 8:00AM-9:00PM
**Saturday:** 8:00AM-1:00PM
**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Website:** www.shellpointmtg.com

Loan Number: 1013562109
Property Address: 10 CM PAUL ROAD
DEVILLE, LA 71328

02/07/2025

Dear Homeowner:

Thank you for being a valued homeowner at Shellpoint Mortgage Servicing. The information below is being provided to you pertaining to your outstanding balance on your mortgage and the amount needed to reinstate your account. A reinstatement means you will bring your mortgage current by paying all past due amounts, including any amounts that we paid on your behalf. **To reinstate your mortgage, you must pay $9,268.45 no later than 02/20/2025.** You must make the full payment by 02/20/2025.

This reinstatement quote does not stop foreclosure proceedings or prevent a foreclosure sale from being held. To ensure a foreclosure sale has not been held, you should contact Shellpoint Mortgage Servicing before sending funds to reinstate your mortgage.

Reinstatement Balance: $9,268.45 Good Through Date: 02/20/2025

- Due Date: 02/01/2024
- Total PITI (Principal, Interest, Taxes and Insurance) Payments Due: $6,535.67
- Unapplied Corporate Advance/Late/NSF/Attorney Fees: $2,732.78
- Unapplied Funds: $30.50
- Outstanding Foreclosure Fees/Costs: $0.00

**If you wish to reinstate prior to 03/01/2025, the reinstatement amount will be $9,237.95.**

It is very important that you **call our office on the day you intend to reinstate your account** to make sure the amount you are paying will cover all outstanding fees and costs that may have been assessed on the account since the date of this letter. Please note that attorney fees may continue to accrue until the account is reinstated. Any fees and costs assessed on the loan after the creation of this quote and prior to the loan being brought current will remain outstanding and due on the loan.

Funds should be sent in one of the following forms:



Archive USPS Tracking Plus™ Statement
As of November 3, 2025

Tracking Number: 9505513018124337118546
Destination Address: PO Box 60535

| Date & Time | Status of Item | Location |
|---|---|---|
| Dec 02, 2024 10:51 am | ACCEPT OR PICKUP | 713289998 |
| Dec 02, 2024 4:01 pm | DEPART POST OFFICE | 713289998 |
| Dec 02, 2024 8:58 pm | PROCESSED THROUGH USPS FACILITY | SHREVEPORT, LA 71130 |
| Dec 03, 2024 6:58 pm | IN TRANSIT TO NEXT FACILITY | |
| Dec 04, 2024 6:58 pm | IN TRANSIT TO NEXT FACILITY | |
| Dec 05, 2024 6:58 pm | IN TRANSIT TO NEXT FACILITY | |
| Dec 06, 2024 6:58 pm | IN TRANSIT TO NEXT FACILITY | |
| Dec 07, 2024 11:51 pm | PROCESSED THROUGH USPS FACILITY | BELL GARDENS, CA 90201 |
| Dec 08, 2024 6:51 pm | IN TRANSIT TO NEXT FACILITY | |
| Dec 09, 2024 6:50 pm | PROCESSED THROUGH USPS FACILITY | LOS ANGELES, CA 90052 |
| Dec 09, 2024 6:50 pm | MAIL PIECE NESTED TO CONTAINER | |
| Dec 09, 2024 8:32 pm | CONTAINER CLOSE | LOS ANGELES, CA 90052 |
| Dec 09, 2024 8:32 pm | CONTAINER CLOSE | LOS ANGELES, CA 90052 |
| Dec 09, 2024 9:36 pm | DEPART USPS FACILITY | LOS ANGELES, CA 90052 |
| Dec 09, 2024 10:02 pm | DEPART USPS FACILITY | LOS ANGELES, CA 90052 |
| Dec 09, 2024 11:20 pm | ARRIVE USPS FACILITY | CITY OF INDUSTRY, CA 91715 |
| Dec 10, 2024 12:29 am | PROCESSED THROUGH USPS FACILITY | CITY OF INDUSTRY, CA 91715 |
| Dec 10, 2024 10:24 am | ARRIVAL AT UNIT | CITY OF INDUSTRY, CA 91715 |
| Dec 10, 2024 10:25 am | SORTING/PROCESSING COMPLETE | CITY OF INDUSTRY, CA 91716 |
| Dec 10, 2024 11:46 am | AVAILABLE FOR PICKUP | CITY OF INDUSTRY, CA 91716 |
| Dec 10, 2024 12:01 pm | DELIVERED | CITY OF INDUSTRY, CA 91716 |

Correspondence Address
P.O. Box 10826
Greenville, SC 29603



**Hours of Operation**
Monday - Thursday: 8:00AM-10:00PM
Friday: 8:00AM-10:00PM
Saturday: 8:00AM-3:00PM

Phone Number: 800-365-7107
Fax: 866-467-1137
Website: www.shellpointmtg.com

1/17/2025

Loan Number: 1013562109
Property: 10 CM PAUL ROAD

DEVILLE, LA 7132

MICHAEL KEITH PAUL
10 CM PAUL ROAD

DEVILLE, LA 71328

Payment Type: Check

Check#: 28217974634

Amount: $ 1000

The above referenced payment is being returned to you for the following reason.

*The check is not made payable to Shellpoint Mortgage Servicing*

We apologize for any inconvenience that may result from this return.

If you have any questions or need additional information, please contact our Customer Care Team at 1-800-365-7107.

Sincerely,

**Cash Operations**

General Payment Address
Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

Overnight Payment Address
Shellpoint Mortgage Servicing
Attn: Payment Processing
75 Beattie Place, Suite LL202
Greenville, SC 29601


UNITED STATES POSTAL SERVICE
POSTAL MONEY ORDER
Serial Number
28217974656
Post Office
U.S. Dollars and Cents
$1000.00
One Thousand Dollars and 00/100
Amount
Pay to
Address
Memo
From
Address
Clerk
SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
28217974656

UNITED STATES POSTAL SERVICE ®

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 28217974680

Year, Month, Day 2024-12-02 Post Office 713280 Amount $939.39 Clerk 4

UNITED STATES POSTAL SERVICE ®

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 28217974645 | 2024-12-02 | 713280 | $1,000.00 | 4 |

UNITED STATES POSTAL SERVICE ®

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 28217974656

Year, Month, Day 2024-12-02 Post Office 713280 Amount $1,000.00 Clerk 4



UNITED STATES POSTAL SERVICE ®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 28217974667

Year, Month, Day 2024-12-02

Post Office 713280

Amount $1,000.00

Clerk 4

UNITED STATES POSTAL SERVICE ®

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 28217974634

Year, Month, Day 2024-12-02 Post Office 71328 Amount $1,000.00 Clerk 4



UNITED STATES POSTAL SERVICE ®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 28217974678

Year, Month, Day 2024-12-02

Post Office 713280

Amount $1,000.00

Clerk 4

PRE CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

7017 0190 0000 7684 1935

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PM
DEVILLE, LA 71328
NOV 07, 2025

29601

$21.60

RDC 03

S2324M502291-4

FROM:

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

Legal

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL
VISIT US AT USPS.COM
ORDER FREE SUPPLIES

FROM: Michael Paul
10 cm Paul Rd
Deville, LA 71328

TO: Shell Point
75 Beattie Place Suite 3
Greenville, SC
29601

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2




Label 228, December 2023 FOR DOMESTIC AND INTERNATIONA

This package is made from post-consumer waste. Please recycle - again.