UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MICHAEL K PAUL
Plaintiff

CIVIL DOCKET NO. 1:25-CV-2024

VERSUS

DISTRICT JUDGE DRELL

SHELLPOINT MORTGAGE SERVICING,
Defendants

MAGISTRATE JUDGE PEREZ-MONTES

---

## JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 28) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Strike (ECF No. 26) filed by Defendant NewRez LLC ("Defendant") is GRANTED, and the Amended Complaint (ECF No. 24) filed by Plaintiff Michael K. Paul ("Paul") is STRICKEN.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss (ECF No. 9) is GRANTED, and Paul's claims against Defendant are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 10th day of September 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT